UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80316-CIV-RYSKAMP/HOPKINS

MAIYURY DIAZ,

    Plaintiff,

v.

SCHOOL BOARD OF
PALM BEACH COUNTY, FL,

    Defendant.
_____/

**FINAL JUDGMENT**

THE COURT, having granted summary judgment in favor of Defendant School Board of Palm Beach County, Florida and against Plaintiff Maiyury Diaz, hereby

ORDERS AND ADJUDGES that FINAL JUDGMENT IS HEREBY ENTERED in favor of Defendant School Board of Palm Beach County and against Plaintiff Maiyury Diaz.  The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.  This matter is hereby REMOVED from the December 1, 2014 trial calendar.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 19th day of November, 2014.

                                          S/Kenneth L. Ryskamp
                                          KENNETH L. RYSKAMP
                                          UNITED STATES DISTRICT JUDGE